United States Court Of Northern District of Illinois
**Ashley Black Pro Se**
5950 Oakwood Dr
2h
lisle, il 60532
Ablack0927@gmail.com
630-366-3911

**July 23, 2025**

Harmony Wrencher

 Plaintiff,

v.

Hinshaw & Culbertson LLP,
Defendant.

1:25-cv-08564
Judge  John J. Tharp, Jr
Magistrate Judge Laura K. McNally
Cat 1 Random Assignment

## CASE NO: [To be assigned]

### COMPLAINT FOR DAMAGES

(Constitutional Violations, Civil Rights Violations, Fraud on the Court, Conspiracy, Emotional Distress, Defamation, Abuse of Process, Obstruction of Justice, and Privacy Violations)

### INTRODUCTION

Plaintiff brings this civil action against Defendant Hinshaw & Culbertson LLP ("Hinshaw Law") for their willful and malicious participation in a coordinated conspiracy to obstruct justice, violate the Plaintiff's constitutional rights, abuse legal process, falsify court records, engage in unauthorized surveillance and data access, and inflict severe and ongoing emotional distress. These acts were not isolated, but part of a continuous, retaliatory, and extrajudicial scheme designed to harm the Plaintiff's legal standing, personal safety, and family integrity.

## JURISDICTION AND VENUE

1. Jurisdiction is proper under 28 U.S.C. § 1331 (federal question), § 1343 (civil rights), and § 1367 (supplemental jurisdiction).
2. Venue is proper under 28 U.S.C. § 1391(b) because the events occurred in this district and Defendant resides and conducts business here.

## PARTIES

3. Plaintiff: Harmony Wrencher, an individual residing in Illinois.
4. Defendant: Hinshaw & Culbertson LLP, a law firm headquartered in Chicago, Illinois, operating under color of law through its attorneys in federal court matters.

## STATEMENT OF FACTS

5. Plaintiff filed a civil rights lawsuit in good faith pursuant to constitutional violations involving multiple defendants, including government actors.
6. **Hinshaw Law**, acting on behalf of unserved parties, knowingly filed motions to dismiss **before** receiving any service or formal notice of the case. These premature filings indicate **fraudulent coordination** and **unauthorized access** to restricted case information.
7. These motions were designed to obstruct justice and manipulate the judicial process by creating a **false appearance of procedural legitimacy**, depriving the Plaintiff of a fair opportunity to be heard.
8. Plaintiff never served Hinshaw Law, nor its client(s), yet Hinshaw filed appearances and motions as though served. This suggests unlawful access through collusion with other defendants, federal actors, or PACER manipulation.
9. Hinshaw's filings occurred while **PACER records were actively being altered**, creating a digital paper trail that was deliberately falsified to reflect appearances and docket entries that never occurred, or were improperly backdated.
10. Hinshaw Law willfully engaged in these tactics **after** being placed on notice of the Plaintiff's confidential filings and emergency motions, violating privacy, attorney-

client protections, and breaching the Plaintiff's due process rights under the 5th and 14th Amendments.
11. The firm acted in **conspiracy** with other defendants and government affiliates, including federal contractors and court staff, to suppress whistleblower claims, retaliate against constitutionally protected activity, and interfere with federal litigation.
**12.** Hinshaw Law's participation facilitated defamation, as their filings falsely characterized Plaintiff's claims as meritless, frivolous, and untimely, **damaging reputation, career prospects, and family relations.**
13. The firm enabled **ongoing surveillance and harassment**, by helping identify or trace Plaintiff's location and legal strategy through their premature court intervention, in violation of Plaintiff's **Fourth Amendment right to privacy**.
14. These actions directly contributed to threats and trauma experienced by Plaintiff's family, including separation from Plaintiff's minor child, in violation of familial rights and the **First, Fourth, Fifth, and Fourteenth Amendments**.
15. Hinshaw Law's conduct constituted a **fraud on the court**, violating Rule 60(d)(3) of the Federal Rules of Civil Procedure.
16. The firm abused the legal process to delay Plaintiff's claims, frustrate appellate review, and **aid judicial actors** in dismissing the case without lawful jurisdiction.

## CLAIMS FOR RELIEF

*COUNT I – Fraud on the Court (Rule 60(d)(3))*

*COUNT II – Violation of Civil Rights (42 U.S.C. § 1983 & Bivens)*

*COUNT III – Conspiracy to Obstruct Justice (18 U.S.C. § 371)*

*COUNT IV – Defamation and False Light*

*COUNT V – Intentional Infliction of Emotional Distress*

*COUNT VI – Abuse of Process*

*COUNT VII – Invasion of Privacy / Unauthorized Data Access*

*COUNT VIII – Retaliation for Protected Activity*

## DAMAGES REQUESTED

Plaintiff seeks the **maximum amount of relief allowable by law**, including:

- **Compensatory damages**: $2,000,000,000 for loss of family time, career harm, retaliation, emotional trauma, and reputational injury;
- **Punitive damages**: $1,000,000,000 to deter future misconduct and punish egregious violations;
- **Statutory damages** under applicable civil rights statutes and federal privacy laws;
- **Injunctive relief** barring Hinshaw Law from representing any party in related cases and requiring review of court dockets for manipulation;
- **Attorney's fees and costs** pursuant to 42 U.S.C. § 1988;
- **Declaratory judgment** finding that Hinshaw Law violated Plaintiff's constitutional rights and engaged in civil conspiracy.

## JURY DEMAND

Plaintiff demands a trial by jury on all issues triable by jury.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment in favor of Plaintiff and against Hinshaw & Culbertson LLP as follows:

1. Award compensatory and punitive damages in the amount of **$3,000,000,000**;
2. Issue injunctive and declaratory relief;
3. Award attorney's fees and costs;
4. Grant such other relief as the Court deems just and proper.

**Respectfully Submitted**,

Harmony Wrencher
**Ashley Black**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

|  |  |  |
|---|---|---|
| Ashley Black<br>Harmony Wrencher | )<br>)<br>) | **United States District Court**<br>**Northern District of Illinois** |
| Plaintiff | )<br>) |  |
| v. | )<br>) |  |
| Hinshaw Law LLP | )<br>) |  |
| Defendant | ) |  |

# COMPLAINT

Plaintiff files this civil complaint against Defendant Hinshaw & Culbertson LLP ("Hinshaw Law") for their role in a coordinated conspiracy to violate the Plaintiff's constitutional rights and obstruct justice in a pending federal civil rights action. The Defendant engaged in the following conduct:

Filed unauthorized and premature motions to dismiss despite never being served, indicating unlawful access to court records and confidential filings;
Participated in a fraud on the court by knowingly misrepresenting service, appearances, and procedural timelines;
Conspired with federal contractors, other defendants, and judicial actors to manipulate the docket, suppress whistleblower claims, and defame the Plaintiff;
Violated Plaintiff's right to due process, privacy, and family integrity, resulting in irreparable harm including separation from a minor child and retaliatory surveillance;
Engaged in defamation by falsely characterizing Plaintiff's claims as frivolous and meritless in filings, damaging reputation and credibility;
Caused severe and ongoing emotional and psychological distress, through harassment, legal obstruction, and reputational harm;
Violated federal civil rights statutes and constitutional protections under the First, Fourth, Fifth, and Fourteenth Amendments.
The Plaintiff seeks $3 billion in damages for herself and her daughter reflecting the gravity of harm, intentional malice, and continued obstruction. Plaintiff also seeks injunctive relief, sanctions, and any additional remedies the Court deems appropriate.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]